UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| JOHN SEMPLE, | ) | CIV. 06-5056-AWB |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| FEDERAL EXPRESS CORPORATION, | ) | |
| Defendant. | ) | |

In accordance with the Court's order granting Defendant's motion for summary judgment, dated April 17, 2008, Docket 55, it is hereby

ORDERED that judgment is entered in favor of Defendant and against Plaintiff.

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice and without costs to either party.

Dated this 24th day of June, 2008.

BY THE COURT:

/s/ *Andrew W. Bogue*
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE